```
 1  TERRY A. DAKE, LTD.
    20 E. Thomas Rd.
 2  Suite 2200
    Phoenix, Arizona  85012-3133
 3  Telephone: (602) 710-1005
    tdake@cox.net
 4
    Terry A. Dake - 009656
 5
    Attorney for Trustee
 6
```

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| CLINTON JACOB KAUER, | ) | |
| ALICIA MARIE KAUER, | ) | Case No. 2:20-BK-01106-EPB |
| | ) | |
| Debtors. | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a hearing on the trustee's objection to exemptions and the debtors' response (Admin. Dkt. Nos. 29, 31) will be held on May 12, 2020 at 10:00 a.m. before the Honorable Eddward P. Ballinger at the United States Bankruptcy Court, 230 N. First Avenue, 7th Floor, Courtroom No. 703, Phoenix, Arizona.

DATED  April 15, 2020.

*TERRY A. DAKE, LTD.*

By  /s/ TD009656
    Terry A. Dake – 009656
    20 E. Thomas Rd.
    Suite 2200
    Phoenix, Arizona 85012-3133

```
 1  COPY e-mailed April 15, 2020 to:

 2  **KENNETH L NEELEY**
    NEELEY LAW FIRM, PLC
 3  2250 E. GERMANN RD., SUITE 11
    CHANDLER, AZ 85286
 4  480-802-4647
    Fax : 480-907-1648
 5  Email: ecf@neeleylaw.com

 6   /s/ TD009656
```